UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-3243 & 09-3275
_____

UNITED STATES OF AMERICA

v.

WAYNE R. BRYANT,
                    Appellant (09-3243)

R. MICHAEL GALLAGHER,
                    Appellant (09-3275)


_____

On Appeal from the United States District Court
For the District of New Jersey
(D.C. Criminal Action Nos. 3-07-cr-00267-001/2)
District Judge:  Honorable Freda L. Wolfson
_____

Argued March 8, 2011
_____

Before:  SCIRICA, AMBRO, and VANASKIE, Circuit Judges

(Opinion filed August 25, 2011)

**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the published Opinion in the above case filed August 25, 2011, be amended as follows:

        On page 3, first line, replace "Norm" with "Norman".

By the Court,


<u>/s/ Thomas L. Ambro, Circuit Judge</u>

Dated:     August 26, 2011
SLC/cc:    Norman Gross
             Lisa A. Matthewson
             Carl D. Poplar
             Jeremy D. Frey
             Ralph A. Jacobs